UNITED STATES of America, Plaintiff,

and

Tulalip Tribes, Plaintiff–Appellant,

v.

State of WASHINGTON, Defendant,

Swinomish Tribal Community; et al., Real Parties in Interest,

and

Suquamish Indian Tribe, Defendant–Appellee.

United States of America, Plaintiff,

v.

State of Washington, Defendant,

and

Suquamish Indian Tribe, Defendant–Appellee,

Lummi Nation, Real–party–in–interest–Appellant.

Nos. 06–35185, 06–35241.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Oct. 17, 2007.

Filed Oct. 26, 2007.

Christopher Lee Pickrell, Esq., Office of the U.S. Attorney, Seattle, WA, Peter C. Monson, Esq., U.S. Department of Justice Environment and Natural Resource Division, Denver, CO, for Plaintiff.

Mason D. Morisset, Esq., Rob Roy Smith, Esq., Morisset Schlosser Jozwiak & McGaw, Seattle, WA, for Plaintiff–Appellant.

Robert K. Costello, Esq., Fronda C. Woods, Esq., Michael S. Grossmann, Office of the Washington Attorney General, Olympia, WA, for Defendant.

Michelle Hansen, Esq., Office of Tribal Attorney, Suquamish, WA, for Defendant–Appellee.

Alix Foster, Esq., Office of the Tribal Attorney, La Conner, WA, Bill Tobin, Esq., Vashon, WA, Phillip Evan Katzen, Esq., Cory J. Albright, Esq., Kanji & Katzen, PLLC, Lauren P. Rasmussen, Esq., Law Offices of Lauren P. Rasmussen, PLLC, Marc D. Slonim, Esq., Richard M. Berley, Esq., John B. Arum, Esq., Ziontz Chestnut Varnell Berley & Slonim, Seattle, WA, Michele C. Coyle, Hogan and Hartson, Los Angeles, CA, Phillip Evan Katzen, Esq., Brian H. Collins, Esq., Lori Ellen Nies, Esq., Skokomish Indian Tribe, Skokomish Nation, WA, Daniel A. Raas, Esq., Office of the Reservation Attorney, Harry L. Johnsen, Esq., Raas Johnsen & Stuen, P.S., Mary M. Neil, Esq., Lummi Indian Nation Office of the Reservation Attorney, Bellingham, WA, for Real–party–in–interest–Appellant.

Before: D.W. NELSON, BEAM *, and RYMER, Circuit Judges.

MEMORANDUM **

This case is remanded to the district court. A 12(b)(6) dismissal is not appropriate. The district court failed to make any determination on whether it has continuing jurisdiction and on what ground. The jurisdictional basis is not self-evident; it is necessarily linked to the nature of the claim being asserted. The issues and proceedings are complex and meaningful appellate review requires a more developed record.

**REMANDED.**

---

* The Honorable C. Arlen Beam, Senior United States Circuit Judge for the Eighth Circuit, sitting by designation.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

